788205
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

MELANIE A. AURIEMMA A/K/A MELANIE AURIEMMA

Order Filed on June 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 17-10612 - CMG

Hearing Date: 08/02/2017

Judge: Christine M. Gravelle

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

NJID 788205
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

MELANIE A. AURIEMMA A/K/A MELANIE AURIEMMA

Debtor

CASE NO. 17-10612 - CMG

CHAPTER 13

ORDER RESOLVING OBJECTION TO CONFIRMATION

HEARING DATE: 08/02/2017

    This Order pertains to the property located at 55 Sunset Avenue, Laurence Harbor, NJ 08879, mortgage account ending with "4835";

    **THIS MATTER** having been brought before the Court by George E. Veitengruber, III, Esquire attorney for debtor, MELANIE A. AURIEMMA upon the filing of a Chapter 13 Plan, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan, substance and entry of the within Order; and for other and good cause shown:

    **IT IS on the                    day of                    , 2017, ORDERED as follows:**

    1.    The secured creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, shall be permitted to file a secured Proof of Claim after Confirmation. The arrears reflected in said to-be-filed secured Proof of Claim will be approximately **$82,972.43**.

    2.    The Trustee is authorized not to pay the secured arrearage claim (Proof of Claim to be filed shortly) of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST for the purpose of allowing the Debtor to apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **October 31, 2017**.

    3.    If Loan Modification is approved, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **October 31, 2017**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified

Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

    5.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    6.    Debtor shall tender adequate protection payments to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST as required by the Loss Mitigation Program (LMP). The adequate protection payments will continue only while the Debtor is in LMP. If the Debtor fails to make adequate protection payments, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates, the Debtor shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST as required by the mortgage and note.

    7.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.