788205
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re: | Case No: 17-10612 - CMG |
| MELANIE A. AURIEMMA A/K/A MELANIE AURIEMMA | Hearing Date: 08/02/2017 |
| | Judge: Christine M. Gravelle |

Order Filed on June 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 27, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 788205**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MELANIE A. AURIEMMA A/K/A      CASE NO. 17-10612 - CMG
    MELANIE AURIEMMA

                                                                                         CHAPTER 13

        Debtor                                  ORDER RESOLVING
                                                               OBJECTION TO CONFIRMATION

                                                            HEARING DATE: 08/02/2017

      This Order pertains to the property located at 55 Sunset Avenue, Laurence Harbor, NJ 08879, mortgage account ending with "4835";

      **THIS MATTER** having been brought before the Court by George E. Veitengruber, III, Esquire attorney for debtor, MELANIE A. AURIEMMA upon the filing of a Chapter 13 Plan, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan, substance and entry of the within Order; and for other and good cause shown:

      **IT IS on the**                       **day of**                          , **2017, ORDERED as follows:**

      1.     The secured creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, shall be permitted to file a secured Proof of Claim after Confirmation. The arrears reflected in said to-be-filed secured Proof of Claim will be approximately **$82,972.43**.

      2.     The Trustee is authorized not to pay the secured arrearage claim (Proof of Claim to be filed shortly) of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST for the purpose of allowing the Debtor to apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **October 31, 2017**.

      3.     If Loan Modification is approved, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

      4.     If a loan modification is not approved by **October 31, 2017**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified

Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6. Debtor shall tender adequate protection payments to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST as required by the Loss Mitigation Program (LMP). The adequate protection payments will continue only while the Debtor is in LMP. If the Debtor fails to make adequate protection payments, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates, the Debtor shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST as required by the mortgage and note.

7. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-10612-CMG
Melanie A. Auriemma                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin           Page 1 of 1           Date Rcvd: Jun 27, 2017
                         Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
db             +Melanie A. Auriemma,    55 Sunset Avenue,    Laurence Harbor, NJ 08879-2844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      George E Veitengruber, III    on behalf of Debtor Melanie A. Auriemma Gveitengruberesq@gmail.com, knapolitano15@gmail.com
      Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR   LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 6