Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  17−10612−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melanie A. Auriemma
   55 Sunset Avenue
   Laurence Harbor, NJ 08879

Social Security No.:
   xxx−xx−5609

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2017
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

```
                                 United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                                  Case No. 17-10612-CMG
Melanie A. Auriemma                                                                     Chapter 13
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: Aug 08, 2017
                              Form ID: 148                 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db             +Melanie A. Auriemma,    55 Sunset Avenue,    Laurence Harbor, NJ 08879-2844
lm             +CALIBER HOME LOANS, INC.,    PO Box 650856,    Dallas, TX 75265-0856
516588649      +Caliber Home Loans,    P.O. 650856,    Dallas, TX 75265-0856
516588652      +KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
516588653      +Middlesex County Sheriff Office,     701 Livingston Avenue,    New Brunswick, NJ 08901-3345
516588654      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
516588655      +Pinnacle LLC/Resurgent,    P.O. Box 10497,    Greenville, SC 29603-0497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2017 23:09:36      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2017 23:09:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516588648      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2017 23:10:01
                 Bayview Loan Servicing LLC,   4425 Ponce De Leon Boulevard,    5th Floor,
                 Miami, FL 33146-1837
516588650      +EDI: DCI.COM Aug 08 2017 22:53:00      Diversified Consultants,   10550 Deerwood Park Boulevard,
                 Jacksonville, FL 32256-2805
516588651       EDI: IRS.COM Aug 08 2017 22:53:00      Internal Revenue Service,   P.O Box 970011,
                 Saint Louis, MO 63197
516657554      +EDI: RMSC.COM Aug 08 2017 22:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516914834      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 08 2017 23:10:37
                 U.S. Bank Trust, N.A., as Trustee for,   LSF9 Master Participation Trust,
                 c/o CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516636571*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Melanie A. Auriemma Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR    LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```